# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Tracy R. Dietmeyer,

    Plaintiff,

        v.                                   Case No. 1:06cv605

Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 18, 2008 (Doc. 9).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** The decision of the Commissioner is **AFFIRMED.** This action is closed.

    **IT IS SO ORDERED.**

                                                           *S/Michael R. Barrett*

bac     April 7, 2008                                     Michael R. Barrett, Judge
                                                         United States District Court